1 | MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   CV 08  2086
                             Case No.
             Plaintiff,

     v.                      COMPLAINT
                             (Student Loan\Debt Collection Case)
FRANK EVANS aka WILLIAMS EVANS aka WILLIAM F. EVANS aka BILL F. EVANS,

             Defendant(s).
_____/

   Plaintiff, through its attorney, alleges:

   1.   Jurisdiction:  The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

   2.   Defendant resides in the Northern District of California.

   3.   Defendant owes plaintiff $1,870.00, plus additional interest according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

   WHEREFORE, plaintiff demands judgment against defendant for the sum of $1,870.00, additional interest to the date of judgment, attorney's fees in the amount of 33.33% of the debt, and court costs.

Date:  April 18, 2008

                              LAW OFFICE OF MICHAEL COSENTINO
                              By: MICHAEL COSENTINO
                              Attorney for the Plaintiff
                              United States of America

U.S. DEPARTMENT OF EDUCATION

SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

|  |  |
|---|---|
| Name: | Frank Evans |
| AKA: | Frank William Evans |
| Address: | 705 Seacliff W. |
|  | Aptos, CA  95003 |
| SSN: | ⁖ 1901 |

Total debt due United States as of:   09/16/96   $2705.08

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $1870.00 from 09/16/96 at the annual rate of 3%. Interest accrues on the principal amount of this debt at the rate of $0.15 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 09/12/67, 01/30/68, 09/09/69, 12/15/69, 01/26/70, 09/15/70, 02/01/71 & 11/27/72 the debtor executed promissory note(s) to secure loan(s) from University of Idaho - Moscow, ID, under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 aa et. seq (34 C.F.R. Part 674). The holder demanded payment according to the terms of the note(s) and on 04/01/72 & 11/01/73  the debtor defaulted on the obligation.

After application of the last voluntary payment of $100.00 which was received on 10/21/85 the debtor now owes the following:

| | |
|---|---|
| Principal: | $1870.00 |
| Interest: | $748.08 |
| Aministrative/Collection Costs: | $87.00 |
| Penalties: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_9/26/96_____          _____
(Date)                                                 Loan Analyst

EXHIBIT A