| | | FOR COURT USE ONLY |
|---|---|---|
| Michael Cosentino, Esq.<br>P.O. Box 129  Alameda, CA 94501<br><br>TELEPHONE NO.: (510) 523-4702    FAX NO. (Optional): (510) 747-1640<br>E-MAIL ADDRESS (Optional):<br><br>UNITED STATES DISTRICT COURT<br>  STREET ADDRESS: 280 S. 1ST ST. ROOM 2112<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: SAN JOSE, CA 95113<br>  BRANCH NAME: SAN JOSE/NORTHERN DISTRICT | | **FILED**<br>JUL 2 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| PLAINTIFF (name each): United States of America<br>DEFENDANT (name each): Frank Evans | | CASE NUMBER:<br>CV082086 |
| **PROOF OF SERVICE** | HEARING DATE:   DAY:   TIME:   DEPT.: | Ref No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**Summons & Complaint**

  PARTY SERVED:    **Frank Evans, aka Williams Evans aka William F Evans aka Bill F Evans**

DATE & TIME OF DELIVERY:  **07/09/2008**
                          **07:03 pm**

ADDRESS, CITY, AND STATE:  **601 Aptos Creek Rd**
                           **Aptos, CA 95003**

  PHYSICAL DESCRIPTION:   Age: 55         Weight: 200        Hair: White
                          Sex: M          Height: 6'2"       Eyes: Brown
                          Skin: White     Marks: Beard and moustache

MANNER OF SERVICE:
Personal Service - By personally delivering copies.


Fee for Service: 63.50
     County: Monterey
     Registration No.: 68
     Sayler Legal Service, Inc.
     455 Reservation Road, Suite E
     Marina, CA 93933
     (831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 13, 2008.

Signature: _Gabriela Gonzalez_

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                            Order#: P120894/GProof1