1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America
5

**FILED**
AUG 6 - 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANK EVANS aka WILLIAMS EVANS<br>aka WILLIAM F. EVANS aka BILL F. EVANS,<br><br>   Defendant.<br>_____/ | NO. CV 08 2086<br><br>REQUEST TO ENTER DEFAULT |

To:   Richard W. Wieking, Clerk
      United States District Court
      Northern District of California

   PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 5, 2008        By: _____
                                 MICHAEL COSENTINO
                                 Attorney for Plaintiff