1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 6 - 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>FRANK EVANS aka WILLIAMS EVANS<br>aka WILLIAM F. EVANS aka BILL F. EVANS,<br><br>            Defendant._____ / | Case No. CV 08 2086<br><br>PROOF OF SERVICE |

See attached list:

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On August 5, 2008, I served the

**REQUEST TO ENTER DEFAULT,
DECLARATION FOR JUDGMENT ON DEFAULT, and
[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

FRANK EVANS aka WILLIAMS EVANS
aka WILLIAM F. EVANS aka BILL F. EVANS
601 APTOS CREEK ROAD
APTOS, CA 95003

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 5, 2008 at Alameda, California.

_____
MICHAEL COSENTINO