**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 6, 2008

RE:  CV 08-02086 SLM        USA-v- FRANK EVANS

Default is entered as to Frank Evans on 8/6/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo  
Case Systems Administrator

NDC TR-4  Rev. 3/89